18

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2  1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TAMARA A. CATLETT, ET AL,<br>Plaintiffs | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-97-101 |
| UNITED STATES WIRELESS<br>CABLE, INC. d/b/a VALLEY<br>WIRELESS CABLE TV AND<br>ROBERT T. DAVIS, INDIVIDUALLY<br>AND AS AGENT OF UNITED STATES<br>WIRELESS CABLE, INC.,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ANDRES G. REYES, MAX NAVARRO,<br>RICARDO MORIN, JOSE JUAN<br>LOPEZ, DANIEL HERNANDEZ, EFRAIN<br>VALDEZ, GUSTAVO E. RODRIGUEZ,<br>GUILLERMO BARAJAS, RICARDO<br>GONZALEZ, and ALFREDO GUTIERREZ<br>And All Other Employees<br>Similarly Situated,<br>Plaintiffs | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-97-139<br>(Consolidated with C.A. No. B-97-101) |
| UNITED STATES WIRELESS<br>CABLE, INC. d/b/a VALLEY<br>WIRELESS CABLE TV, UNITED STATES<br>WIRELESS SYSTEMS, INC. AND<br>ROBERT T. DAVIS, INDIVIDUALLY<br>AND AS AGENT OF UNITED STATES<br>WIRELESS CABLE, INC.,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

- 4 -

## ORDER

CAME ON to be heard *Plaintiffs' Motion to Abate* filed in this case. The Court, having considered the *Motion*, evidence, and argument and authorities of counsel, finds that the *Motion* is well-taken and should be granted. IT IS, THEREFORE,

ORDERED, ADJUDGED AND DECREED that *Plaintiffs' Motion to Abate* is hereby GRANTED and a status conference to be hereby set for _____ o'clock ____ m. on the ____ day of April, 1999 in the United States District Court for the Southern District of Texas, Brownsville Division should the case not before then be dismissed by the Plaintiffs.

DONE this ____ day of _____, 1998, at Brownsville, Texas.

Judge Presiding

xc:    Mr. Raymond A. Cowley
       Jarvis & Kittleman, P.C.
       P. O. Box 1416
       McAllen, Texas 78502

       Mr. Robert T. Davis, Pro Se
       Valley Wireless Cable TV
       624 N. Ed Carey Drive
       Harlingen, Texas 78550

       Mr. James Hermann
       Law Offices of James A. Hermann
       P.O. Box 2541
       Harlingen, Texas 78551-2541

- 5 -