United States District Court
Southern District of Texas
ENTERED

JUL 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUL 2 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| TAMARA A. CATLETT, CANDIDA A. TELLO, SUZANNE SOLIZ, MARGARET N. CAVAZOS, THOMAS G. BEHLING, JOSE LUIS RODRIGUEZ, JORGE ROBLES, MONICA FERNANDEZ MARTINEZ, and ADAM L. ARREDONDO,<br>    Plaintiffs,<br>VS.<br><br>U.S. WIRELESS SYSTEMS, INC. A Texas Corporation; and ROBERT T. DAVIS,<br>    Defendants. | § § § § § § § § § § § § § C. A. No. B-97-101 |
| ANDRES G. REYES, MAX NAVARRO, RICARDO MORIN, JOSE JUAN LOPEZ, DANIEL HERNANDEZ, EFRAIN VALDEZ, and GUSTAVO E. RODRIGUEZ, And All Other Employees Similarly Situated,<br>    Plaintiffs,<br>V.<br><br>UNITED STATES WIRELESS CABLE, INC. d/b/a VALLEY WIRELESS CABLE TV AND ROBERT T. DAVIS, INDIVIDUALLY AND AS AGENT OF UNITED STATES WIRELESS CABLE, INC.,<br>    Defendants. | § § § § § § § § § § § § § § § § C. A. No. B-97-139 |

O R D E R / on:
*COUNSEL FOR DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW*
--------------------------------------------------------

1. On this the 2nd day of July, 19 98, this case came on for consideration on *Counsel for Defendants' Motion For Leave To Withdraw*. Having considered same, the facts, the law, and argument of counsel, that the court is of the Opinion that

the motion should be, and hereby is, GRANTED. Therefore, such relief as stated below is hereby ORDERED.

2. ORDERED that Counsel for the Defendant, David Horton, be, and hereby is, given leave to withdraw.

3. ORDERED that all proceedings and deadlines herein be, and hereby arem stayed and suspended for 30 days in order to allow Defendants sufficient time in which to make arrangements for representation herein.

4. ORDERED that Defendants be, and hereby are, given 30 days in which to retain successor counsel or otherwise make arrangements for representation herein, regarding which Defendants shall advise the court by filing of record herein within such time period.

5. The Clerk shall mail a copy of this Order to all counsel of Record.

6. The Clerk shall mail a copy of this Order to each Defendant as follows:

> United States Wireless Systems, Inc.
> 1803 West Avenue
> Austin, Texas 78701
>
> Mr. Robert Davis, President
> United States Wireless Systems, Inc.
> 1803 West Avenue
> Austin, Texas 78701

8. Done this 2_ day of July, 1998, at Brownsville, Texas.

_____
UNITED STATES Magistrate JUDGE

ORDER/on:
COUNSEL FOR DEFENDANTS'S MOTION FOR LEAVE TO WITHDRAW

2