21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TAMARA A. CATLETT, ET AL, | § |
| | § |
| Plaintiff(s), | § |
| | § |
| v. | § CIVIL ACTION NO. B-97-101 |
| | § |
| U.S. WIRELESS, INC., | § |
| | § |
| Defendant(s). | § |

**Final Order of Dismissal**

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381; 114 S.Ct. 1673, 1677 (1994).

DONE at Brownsville, Texas, this ___17___ day of September 1999.

_____
Hilda G. Tagle
United States District Judge